IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:12cr204-WHA |
| EDMUND LEE McCALL | ) | |

## **VERDICT**

### **Count One**

As to the crime charged in Count One of the Indictment, Conspiracy to Commit Bank Fraud and Wire Fraud, we, the Jury, find the Defendant Edmund Lee McCall:

      __✓__      Guilty

      or

      _____      Not Guilty

### **Count Six**

As to the crime charged in Count Six of the Indictment, Aggravated Identity Theft, we, the Jury, find the Defendant Edmund Lee McCall:

      __✓__      Guilty

      or

      _____      Not Guilty

### **Count Seven**

As to the crime charged in Count Seven of the Indictment, Aggravated Identity Theft, we, the Jury, find the Defendant Edmund Lee McCall:

      __✓__      Guilty

      or

      _____      Not Guilty

### Count Eight

As to the crime charged in Count Eight of the Indictment, Aggravated Identity Theft, we, the Jury, find the Defendant Edmund Lee McCall:

    __✓__    Guilty
    or
    _____    Not Guilty

### Count Nine

As to the crime charged in Count Nine of the Indictment, Aggravated Identity Theft, we, the Jury, find the Defendant Edmund Lee McCall:

    __✓__    Guilty
    or
    _____    Not Guilty

### Count Ten

As to the crime charged in Count Ten of the Indictment, Aggravated Identity Theft, we, the Jury, find the Defendant Edmund Lee McCall:

    __✓__    Guilty
    or
    _____    Not Guilty

### Count Eleven

As to the crime charged in Count Eleven of the Indictment, Aggravated Identity Theft, we, the Jury, find the Defendant Edmund Lee McCall:

    __✓__    Guilty
    or
    _____    Not Guilty

So say we all, this __21__ day of January, 2014.

_____
Foreperson